IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAFONZO R. TURNER,<br><br>        Petitioner,<br><br>  vs.<br><br>BRENDA M. CASH,<br><br>        Respondent. | No. C 12-0381 LHK (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION TO RESPONDENT'S MOTION TO DISMISS<br><br>(Docket Nos. 11, 15.) |

Petitioner, a state prisoner proceeding *pro se*, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his criminal conviction. (Docket No. 1.) The Court issued an order to show cause. (Docket No. 4.) In lieu of an answer Respondent filed a motion to dismiss. (Docket No. 14.) Petitioner has filed a motion for extension of time to file an opposition to Respondent's motion to dismiss.

Good cause having been shown, Petitioner's motion is **GRANTED**. Petitioner shall file an opposition no later than twenty-eight (28) days after the filing date of this order.

This order terminates docket numbers 11 and 15.

IT IS SO ORDERED.

DATED: 9/14/12

LUCY H. KOH
United States District Judge

Order Granting Motion for Ext. of Time to file Opp.
G:\PRO-SE\SJ.LHK\HC.12\Turner381eot_opp.wpd